UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America, | ) | |
|               Plaintiff, | ) | |
| | ) | |
|     v. | ) | 1:01CR10180-01-NG |
| | ) | |
| Mukund H. Mehta, | ) | |
|               Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Mukund H. Mehta, by payment in full.

                                                                   Respectfully submitted,

                                                                   UNITED STATES OF AMERICA
                                                                   By its attorneys

                                                                  MICHAEL K. LOUCKS
                                                                  Acting United States Attorney

                                       By:   /s/   Christopher R. Donato
                                                         CHRISTOPHER R. DONATO
                                                         Assistant U.S. Attorney
                                                         1 Courthouse Way, Suite 9200
                                                         Boston, MA 02210
                                                         (617) 748-3303

Dated: July 27, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                                                    /s/   Christopher R. Donato
                                                                  CHRISTOPHER R. DONATO
                                                                  Assistant U.S. Attorney